

FILED
VANESSA L. ARMSTRONG
SEP 18 2020
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

United States District Court
Western District of Kentucky
Louisville Division
Civil Action No. 3:20-CV-317-RGT

Ricky Vaughn                                               Plaintiff
vs.                     Plaintiffs Reply To Response
Jamie Underwood                                            Defendant

This complaint should not be dismissed. The defendant is guilty of violating plaintiffs first Amendment right. There is video evidence to prove retatiation. Also there are grievances to prove that the plaintiff exausted all remedies available to him. Plaintiff filed grievances over plumbing issues and nothing was done. Then Plaintiffs family made calls to Mellissa Pollmon with the dept. of Corrections and reported to her about the plumbing issues. Instead of making an attempt to correct the plumbing issues, the defendant retaliated against the plaintiff by segregating the plaintiff away from the general population, moving the plaintiff all over the jail, and putting the plaintiff in disciplinary isolation which is all on video. The defendant has not at all acted in good faith at anytime toward the plaintiff. There are witnesses that can and will testify under oath that the defendant

retaliated against the plaintiff and put the plaintiff in disciplinary Isolation for five days for absolutely no real reason other than retaliation.

The defendant continues to retaliate against anyone that files a grievance about the poor living conditions at Larue County Detention Center.

Ricky Vaughn

*Ricky Vaughn*

Ricki Lee Vaughn #221810
209 West High St. #17
Hodgenville, Ky. 42748

LOUISVILLE KY 400
17 SEP 2020 PM 3 L

FILED
VANESSA L. ARMSTRONG
SEP 18 2020
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNCENSORED INMATE MAIL

Office of the Clerk
United States District Court
106 Gene Snyder U.S. Courthouse
601 W. Broadway
Louisville, Ky. 40202

40202-224999